



# MEMORANDUM OPINION

No. 04-10-00156-CR

Roxanne **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR11272
Honorable Catherine Torres Stahl, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Roxanne Martinez filed a notice of appeal seeking to appeal from a sentence imposed on May 4, 2009. The judgment was in accordance with Martinez's plea bargain agreement, and the record does not contain a trial court's certification showing Martinez has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH